IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GREGORY MARQUE HILLIE**                                              **PETITIONER**

**v.**                                                                                              **No. 4:21CV43-MPM-JMV**

**CHIEF JUSTICE JUDGE LINDA COLEMAN**                   **RESPONDENT**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On April 19, 2021, the court entered an order requiring the plaintiff to submit an amended petition on the proper form within 21 days. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. The plaintiff has, however, failed to comply with the court's order, and the deadline for compliance passed on May 10, 2021.[1] This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 7th day of June, 2021.

                                                                              **/s/** Michael P. Mills
                                                                              **UNITED STATES DISTRICT JUDGE**
                                                                              **NORTHERN DISTRICT OF MISSISSIPPI**

---

[1] The court received mail marked "Deceased" returned from the last address Mr. Hillie provided. Hence, even if the petition were to proceed, it would be dismissed as moot because the form of relief available for a *habeas corpus* petition proceeding under 28 U.S.C. § 2241 is release from incarceration.